**Electronically Filed
Supreme Court
SCWC-19-0000603
20-OCT-2020
11:48 AM
Dkt. 9 ODSAC**

SCWC-19-0000603

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

JOHANNA DURAN DECKER
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000603; CASE NO. 3DTA-19-00803)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, J.,
and Circuit Judge Souza, assigned by reason of vacancy,
with McKenna, J., dissenting, with whom Wilson, J., joins)

Petitioner/Defendant-Appellant Johanna Duran Decker's

Application for Writ of Certiorari, filed on September 22, 2020,

is hereby dismissed as untimely.

DATED: Honolulu, Hawaiʻi, October 20, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Kevin A.K. Souza

